**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
MADISON M. AGUIRRE, ESQ.
Nevada Bar No. 16183
TANYA M. FRASER, ESQ.
Nevada Bar No. 13872
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Walmart*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JACQUELINE FILLIS-LONGWILL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART ASSOCIATES, INC, a Foreign Corporation dba WALMART SUPERCENTER #2106; DOE EMPLOYEE, an individual; DOES 1I through 20X, inclusive, and ROE CORPORATIONS 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:23-CV-00623-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED by and between Plaintiff JACQUELINE FILLIS-LONGWILL, by and through her counsel of record, PACIFIC WEST INJURY LAW, and Defendant WALMART ASSOCIATES, INC., by and through its counsel of record, the law firm of HALL & EVANS, LLC, that discovery in this matter shall be extended for sixty (60) days.

. . .

## I. REASON FOR REQUESTED CONTINUANCE

There are a couple of circumstances at play in the present matter that warrant an extension of all deadlines for 60 days.

First, Plaintiff's expert needs additional time to finalize his report. Second, Plaintiff's counsel is preparing for a trial currently set for the beginning of March. Third, the parties are working to schedule the depositions of Walmart's 30(b)(6) witness, as well as the depositions of current and former Walmart employees. Fourth, Defendant's handling attorney is changing and additional time would allow the new attorney to get up-to-speed on the file.

The parties assure this Court that with an accommodation, they will continue to work together to diligently move this case along.

## II. DISCOVERY COMPLETED TO DATE

1. All parties have exchanged F.R.C.P. 26(f) Disclosures of Witnesses and Exhibits and supplements thereto;

2. Plaintiff has propounded one set of Requests for Production of Documents, one set of Requests for Admissions, and one set of Interrogatories and received responses;

3. Defendants have propounded one set of Requests for Production of Documents, Requests for Admissions, and Interrogatories and received responses; and

4. Defendants deposed Plaintiff.

## III. DISCOVERY TO BE COMPLETED

1. Initial expert disclosures;

2. Rebuttal expert disclosures;

3. Additional medical records collection, as necessary;

4. Potential IME;

5. Depositions of treating medical providers and expert witnesses;

6.  Depositions of Walmart associates; and

7.  Deposition of Walmart's 30(b)(6).

### IV. PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY

Based on the foregoing, the parties agree that good cause exists to extend the discovery deadlines as follows:

|  | Current Deadlines | **Proposed Deadlines** |
|---|---|---|
| Close of Discovery | April 15, 2024 | **June 14, 2024** |
| Motion to Amend/Add Parties | January 16, 2024 | **March 18, 2024** |
| Initial Expert Disclosures | February 15, 2024 | **April 15, 2024** |
| Rebuttal Expert Disclosures | March 18, 2024 | **May 17, 2024** |
| Dispositive Motions | May 15, 2024 | **July 15, 2024** |

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

## V. CURRENT TRIAL DATE

The parties request that the trial date be continued in accordance with the proposed deadlines set forth above.

DATED this 7th day of February, 2024.

**PACIFIC WEST INJURY LAW**

*/s/Kirill V. Mikhaylov*
KRISTOPHER M. HELMICK, ESQ.
Nevada Bar No. 13348
KIRILL V. MIKHAYLOV, ESQ.
Nevada Bar No. 13538
MARK T. LOUNSBURY, ESQ.
Nevada Bar No. 15271
8180 Rafael Rivera Way, #200
Las Vegas, Nevada 89113
(702) 602-4878
*Attorneys for Plaintiff*

DATED this 7th day of February, 2024.

**HALL & EVANS, LLC**

*/s/ Kurt R. Bonds*
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
MADISON M. AGUIRRE, ESQ.
Nevada Bar No. 16183
TANYA M. FRASER, ESQ.
Nevada Bar No. 13872
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Walmart*

## ORDER

IT IS SO ORDERED this  8th  day of February, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

KRB/20147-27