1  DARRELL D. DENNIS
   Nevada Bar No. 006618
2  RACHEL L. SHELSTAD
   Nevada Bar No. 13399
3  Rachel.Shelstad@lewisbrisbois.com
   MANUEL GURULE
4  Nevada Bar No. 15926
   Manuel.Gurule@lewisbrisbois.com
5  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
6  Las Vegas, Nevada 89118
   Telephone: 702.893.3383
7  Facsimile: 702.893.3789
   *Attorneys for Defendants*

8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JACQUELINE FILLIS-LONGWILL, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WALMART ASSOCIATES, INC., a Foreign Corporation dba WALMART SUPERCENTER #2106; DOE EMPLOYEE, an individual; DOES 11 through 20X, inclusive and ROE CORPORATIONS 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No. 2:23-cv-00623-GMN-EJY<br><br>**SUBSTITUTION OF ATTORNEY** |

NOTICE IS HEREBY GIVEN that Defendants WALMART ASSOCIATES, INC., a Foreign Corporation dba WALMART SUPERCENTER #2106 ("Walmart") hereby substitutes the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, 6385 S. Rainbow Boulevard, Suite 600, Las Vegas, Nevada 89118; Telephone: 702.893.3383, as the

///
///
///
///
///

150914625.1

1 | counsel of record for said Defendants in the place and stead of HALL & EVANS, LLC, in the above-
2 | entitled matter.

3 |     DATED this 15 day of January, 2025.

WALMART INC. dba WALMART SUPERCENTER and WALMART STORES, INC.

By _____
    Authorized Representative

_____
    Printed Name/Title

## CONSENT TO SUBSTITUTION

HALL & EVANS, LLC, hereby agrees and consents to the substitution of LEWIS BRISBOIS BISGAARD & SMITH LLP as counsel of record for Defendants, in the above-entitled action

DATED this 16 day of January, 2025.

HALL & EVANS, LLC

By _____
Kurt R. Bonds, Bar No. 6228
Tanya M. Frasher, Bar No. 13872
1160 North Town Center Drive, Ste. 330
Las Vegas, NV 89144

///
///
///
///
///
///
///
///
///

2

## ACCEPTANCE OF SUBSTITUTION

I, RACHEL L. SHELSTAD, ESQ., am duly admitted to practice in this District and, on behalf of the law firm LEWIS BRISBOIS BISGAARD & SMITH LLP who have been retained by Defendant in this matter, hereby agree and consent to the substitution as counsel of record for Defendant.

DATED this 6th day of January, 2025.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By _____
DARRELL D. DENNIS, Bar No. 6618
RACHEL L. SHELSTAD, Bar No. 13399
MANUEL R. GURULE, Bar No. Bar No. 15926
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383

IT IS SO ORDERED.

DATED this 17th day of January, 2025.

_____
U.S. MAGISTRATE JUDGE

150914625.1