| | |
|---|---|
| 1 | **Tabetha A. Martinez (NV14237)** |
| | **Susan E. Gillespie, Esq. (NV15227)** |
| 2 | **BURGER, MEYER & D'ANGELO, LLP** |
| | 725 S. 8th Street, Suite 200 |
| 3 | Las Vegas, NV 89101 |
| | **Mailing Address:** |
| 4 | 999 Corporate Dr., Suite 225 |
| | Ladera Ranch, CA 92694 |
| 5 | Telephone: (949) 427-1888 |
| | Facsimile: (949) 427-1889 |
| 6 | Email:tmartinez@burgermeyer.com |
| | sgillespie@burgermeyer.com |
| 7 | |
| 8 | Attorney for Defendant |
| | WALMART ASSOCIATES, INC. dba |
| 9 | WALMART SUPERCENTER #2106 |

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JACQUELINE FILLIS-LONGWILL, an individual, | Case No.: 2:23-cv-00623-GMN-EJY |
| Plaintiff, | **SUBSTITUTION OF COUNSEL** |
| v. | |
| WALMART ASSOCIATES, INC, a Foreign Corporation dba WALMART SUPERCENTER #2106; DOE EMPLOYEE, an individual; DOES 1I through 20X, inclusive, and ROE CORPORATIONS 1 through 20, inclusive, | |
| Defendants. | |

Defendant WALMART ASSOCIATES, INC. dba WALMART SUPERCENTER #2106, hereby substitute TABETHA A. MARTINEZ, ESQ. and SUSAN E. GILLESPIE, ESQ., of the law firm BURGER, MEYER & D'ANGELO, LLP, as their counsel of record in place and stead of DARRERLL D. DENNIS, ESQ, RACHEL L. SHELSTAD, ESQ. and MANUEL GURULE, ESQ. of the law firm of LEWIS BRISBOIS BISGAARD & SMITH.

1  Defendant asserts that, upon filing of this substitution, the attorneys from LEWIS BRISBOIS
2  BISGAARD & SMITH shall be removed from the electronic service list in this matter.
3  WHEREAS, Defendant, WALMART ASSOCIATES, INC. dba WALMART
4  SUPERCENTER #2106, asserts TABETHA A. MARTINEZ, ESQ. and SUSAN E. GILLESPIE,
5  ESQ., of the law firm BURGER, MEYER & D'ANGELO, LLP, be substituted as counsel for
6  Defendant and added to the electronic service list in this case;
7  WHEREAS, the attorneys from LEWIS BRISBOIS BISGAARD & SMITH, agree to the
8  withdrawal and substitution; and
9  WHEREAS, TABETHA A. MARTINEZ, ESQ. and SUSAN E. GILLESPIE, ESQ., of the
10 law firm BURGER, MEYER & D'ANGELO, LLP, are to be substituted as counsel of record for
11 Defendant.

Dated: Dated: May 12, 2025.                              Dated: Dated: May 12, 2025.

BURGER, MEYER & D'ANGELO, LLP                            LEWIS BRISBOIS BISGAARD & SMITH

/s/ Susan E. Gillespie                                   /S/ Rachel Shelstad
_____                              _____
Tabetha A. Martinez, Esq.                                Darrell D. Dennis, Esq.
NV Bar No. 14237                                         NV Bar No. 6618
Susan E. Gillespie, Esq.                                 Rachel Shelstad, Esq.
NV Bar 15227                                             NV Bar No. 13399
*WALMART ASSOCIATES, INC. dba*                           Manuel Gurule, Esq.
*WALMART SUPERCENTER #2106*                              NV Bar No. 15926
                                                         *Former Attorneys for WALMART*
                                                         *ASSOCIATES, INC. dba*
                                                         *WALMART SUPERCENTER #2106*

Dated: May ___, 2025.   May 13, 2025 | 09:12 CDT

WALMART ASSOCIATES, INC. dba                             IT IS SO ORDERED.
WALMART SUPERCENTER #2106
Tara Smith   Lead Counsel                                [signature]
_____                              _____
Tara Nunez Smith, Senior Counsel                         U.S. MAGISTRATE JUDGE

                                                         Date: May 13, 2025

-2-
**SUBSTITUTION OF COUNSEL**