KRISTOPHER M. HELMICK, ESQ.
Nevada Bar No. 13348
KIRILL V. MIKHAYLOV, ESQ.
Nevada Bar No. 13538
BOHDEN G. COLE, ESQ.
Nevada Bar No. 15719
CHRISTOPHER L. CABANILLA, ESQ.
Nevada Bar No. 16053
**PACIFIC WEST INJURY LAW**
8180 Rafael Rivera Way #200
Las Vegas, NV 89113
Phone: (702) 602-4878
Fax: (702) 665-5627
Kris@PacificWestInjury.com
Kirill@PacificWestInjury.com
Bohden@PacificWestInjury.com
Christopher@PacificWestInjury.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JACQUELINE FILLIS-LONGWILL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART ASSOCIATES, INC, a Foreign Corporation dba WALMART SUPERCENTER #2106; DOE EMPLOYEE, an individual; DOES 1I through 20X, inclusive, and ROE CORPORATIONS 1 through 20, inclusive,<br><br>Defendants. | Case 2:23-cv-00623-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE THE JOINT PRETRIAL ORDER**<br><br>**(FIRST REQUEST)** |

Pursuant to LR 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file the Joint Pretrial Order in the above-captioned case by ninety (90) days from June 13, 2025 to September 11, 2025.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

On May 13, 2025, new counsel for Defendant Walmart Associates, Inc. substituted in the case. There are some outstanding discovery issues that need to be discussed and resolved between the parties. On May 30, 2025, the Court issued an Order setting a settlement conference for August 20, 2025. Moreover, Plaintiff's counsel has been dealing with family emergency during the past

month. These issues provide good cause for parties to request a 90 days extension to file a joint pretrial order.

WHEREFORE, the parties respectfully request that this Court extend the time for the parties to file the Joint Pretrial Order by ninety (90) days from June 13, 2025 to September 11, 2025.

DATED this 13th day of June, 2025.

**PACIFIC WEST INJURY LAW**

*/s/ Kirill V. Mikhaylov*
KRISTOPHER M. HELMICK, ESQ.
Nevada Bar No. 13348
KIRILL V. MIKHAYLOV, ESQ.
Nevada Bar No. 13538
BOHDEN G. COLE, ESQ.
Nevada Bar No. 15719
CHRISTOPHER L. CABANILLA, ESQ.
Nevada Bar No. 16053
8180 Rafael Rivera Way #200
Las Vegas, NV 89113
*Attorneys for Plaintiff*

DATED this 13th day of June, 2025.

**BURGER, MEYER & D'ANGELO, LLP**

*/s/ Susan E. Gillespie*
TABETHA A. MARTINEZ, ESQ.
Nevada Bar No. 14237
SUSAN E. GILLESPIE, ESQ.
Nevada Bar No. 15227
725 S. 8th Street, Suite 200
Las Vegas, NV 89101
*Attorney for Wal-Mart Stores, Inc.*

Nunc Pro Tunc
**ORDER**

**IT IS SO ORDERED.**

Dated this 16 day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

**PACIFIC WEST INJURY LAW**

*/s/ Kirill V. Mikhaylov*
KRISTOPHER M. HELMICK, ESQ.
Nevada Bar No. 13348
KIRILL V. MIKHAYLOV, ESQ.
Nevada Bar No. 13538
BOHDEN G. COLE, ESQ.
Nevada Bar No. 15719
CHRISTOPHER L. CABANILLA, ESQ.
Nevada Bar No. 16053
8180 Rafael Rivera Way #200
Las Vegas, NV 89113
*Attorneys for Plaintiff*