**SAO**
Curtis R. Rawlings, Esq. (6790)
**BURGER, MEYER & D'ANGELO, LLP**
725 S 8th Street, Suite 200
Las Vegas, NV 89101
**MAILING ADDRESS:**
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Telephone:  (949) 427-1888
Facsimile:  (949) 427-1889
Email:  crawlings@burgermeyer.com

*Attorney for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JACQUELINE FILLIS-LONGWILL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WALMART ASSOCIATES, INC, a Foreign Corporation dba WALMART SUPERCENTER #2106; DOE EMPLOYEE, an individual; DOES 1I through 20X, inclusive, and ROE CORPORATIONS 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-00623-GMN-EJY |

## ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties in the above-entitled action, JACQUELINE FILLIS-LONGWILL and WALMART ASSOCIATES, INC. dba WALMART SUPERCENTER #2106, by and through their respective counsels of record, that, subject to the terms of the settlement agreement signed by and entered into on behalf of all parties, all claims and causes of action in the above-entitled action, including all direct claims, counterclaims, and cross-claims, are hereby dismissed with prejudice as to all parties, including as to all DOE and ROE defendants.

-1-
**STIPULATION AND ORDER**

BURGER, MEYER & D' ANGELO, LLP

**IT IS FURTHER STIPULATED AND AGREED** each party shall bear their own attorneys' fees and costs.

**IT IS SO STIPULATED** this  29th  day of April, 2026.

Respectfully submitted:                    Approved as to Form and Content:

/s/ Curtis Rawlings                        /s/ Kirill Mikhaylov
By:_____                 By:_____
CURTIS RAWLINGS, ESQ.                      KIRILL V. MIKHAYLOV, ESQ.
Nevada Bar No.: 6790                       Nevada Bar No.: 13538
725 S 8th Street, Suite 200                8180 Rafael Rivera Way, Ste 200
Las Vegas, Nevada 89101                    Las Vegas, Nevada 89113
Attorney for Defendant                     Attorney for Plaintiff

IT IS SO ORDERED.

**DATED** this  30  day of April, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court

Respectfully submitted:

/s/ Curtis Rawlings
By:_____
CURTIS RAWLINGS, ESQ.
Nevada Bar No. 6790
725 S 8th Street, Suite 200
Las Vegas, Nevada 89101
(949) 427-1888
Attorney for Defendant

BURGER, MEYER & D' ANGELO, LLP

-2-
**STIPULATION AND ORDER**

## Shirley B. Martinez

| | |
|---|---|
| **From:** | Kirill Mikhaylov, Esq. <Kirill@PacificWestinjury.com> |
| **Sent:** | Wednesday, April 29, 2026 12:06 PM |
| **To:** | Shirley B. Martinez; Claudia Corral; Michelle Zuniga |
| **Cc:** | Curtis R. Rawlings |
| **Subject:** | RE: [EXTERNAL]FW: Fillis-Longwill v. Walmart Associates - Stipulation and Order of Dismissal |

You may affix my electronic signature.

Thank you.

1